NO: __V1037-B__

FILED
AT 1:18 O'CLOCK P.M
MAY 29 20__
DISTRICT COURT
___ Robinson
BY ___ DEPUTY

FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS
05/30/2018 9:39:35 AM
SHERRY WILLIAMSON
Clerk

THE STATE OF TEXAS

VS.

_Otha Wayne Thacker_

IN THE **104**X **DISTRICT COURT**

OF TAYLOR COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, Judge of the trial court, certify this criminal case:

__✓__ is not a plea-bargain case, and the defendant has the right of appeal. [or]   *as to punishment.*

____ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right to appeal. [or]

____ is a plea-bargain case, but the trial court has given permission to appeal, and the Defendant has the right to appeal. [or]

____ is a plea bargain case, and the defendant has NO right of appeal. [or]

____ the defendant has waived the right of appeal.

_____
JUDGE'S SIGNATURE

_5-25-18_
DATE SIGNED

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a **pro se** petition for discretionary review pursuant to rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeal's judgment and opinion to my last known address and that I have only 30 days in which to file a **pro se** petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a **pro se** petition for discretionary review.

X _____
**Defendant's Signature**
Mailing address: _____
Telephone number: _____
Fax # (if any): _____

_____
(Defendant's) Counsel's Signature
State Bar of TX ID# _24031921_
Mailing address: _102A Hickory_
Telephone number: _677 3195_
Fax # (if any): _677 8400_

*"A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case — that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant — a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

MCR146   846